ARELIS GUZMAN et al., Appellants, v SCHIAVONE CONSTRUCTION Co. et al., Respondents, et al., Defendants.

Submitted July 12, 2004; decided September 14, 2004

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument or, alternatively, leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

In the Matter of LIOR A., Appellant. COMMISSIONER OF NEW YORK STATE OFFICE OF MENTAL HEALTH, Respondent; DOV A., Intervenor-Appellant.

Submitted September 7, 2004; decided September 14, 2004

Appeal, insofar as taken from that portion of the December 2003 order of the Appellate Division that dismissed defendant's appeal from County Court's order of conditions, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved; appeal otherwise dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the remaining portion of the December 2003 Appellate Division order and the February 2004 Appellate Division order denying reargument do not finally determine the proceeding within the meaning of the Constitution.